**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mark Steven HITCHCOCK,
Defendant–Appellant.**

**No. 00–10251.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 15, 2001.

Submission Withdrawn May 21, 2001.

Resubmitted Aug. 23, 2001.

Opinion Withdrawn Sept. 26, 2001.

Amended Opinion Filed March 21, 2002.*

Second Amendment Filed Aug. 2, 2002.

Sarah Courageous, Honolulu, Hawai'i, for the defendant-appellant.

Loretta Sheehan, Assistant U.S. Attorney, Honolulu, Hawai'i, for the plaintiff-appellee.

Before: B. FLETCHER, CANBY and PAEZ, Circuit Judges.

### ORDER

The Amended Opinion *United States v. Hitchcock*, 286 F.3d 1064 (9th Cir.2002), filed March 21, 2002, is amended as follows:

At 286 F.3d at 1073, amend the last two sentences in the paragraph before the "Conclusion" to read:

"Hitchcock's argument is foreclosed by *Harris v. United States*, —— U.S. ——, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), and our prior precedent. It is now clear that mandatory minimums do not implicate *Apprendi. Id.*"

The mandate shall issue forthwith.